AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**RECEIVED NOV - 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

STANLEY D. ROBERTSON
Plaintiff
v.
Rick Kearney Warden ET. All
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05 769

I, STANLEY D. ROBERTSON, declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    •(Yes)   • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration   Sussex Corr. Inst.

   **Inmate Identification Number (Required):** 184288

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    •(No)
   b. Rent payments, interest or dividends    • • Yes    •(No)
   c. Pensions, annuities or life insurance payments    • • Yes    •(No)
   d. Disability or workers compensation payments    • • Yes    •(No)
   e. (Gifts) or inheritances    •(Yes)    • •No
   f. Any other sources    • • Yes    •(No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Around $2,000.00 Dollars

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?     • • Yes   • • No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes   • • No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   (NONE)

I declare under penalty of perjury that the above information is true and correct.

10/28/05                    *Stanley Robertson*
_____              _____
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE OF SERVICE

I, STANley D. RoBERTSon, hereby certify that I have served a true and correct copy of the attached Complaint / 1983 Form / civil-Action upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| (Warden) Rick Kearney / (Doctor) Burns Roberta / | | (d.m.s.) Corr, medical services / |
| AT THE Following Address | | |
| S.C.I Prison  P.O. Box 500 | | |
| GeorgeTown DE. 19947 | | |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 28 day of October 2005.

*Stanley Robertson*