(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

RECEIVED
NOV - 8 2005
U.S. DISTRICT COURT DISTRICT OF DELAWARE

05 769

(1) STANLEY D. RoBeRTson SBI 184288
(Name of Plaintiff) (Inmate Number)

S.C.I prison P.O. Box 500
GeorgeTown DE. 19947
(Complete Address with zip code)

(2) ______________________
(Name of Plaintiff) (Inmate Number)

______________________
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

______________________
(Case Number)
( to be assigned by U.S. District Court)

vs.

**CIVIL COMPLAINT**

(1) Rick KEARNEY (WARDEN ET. All,)
(2) RoberTA Burns (DocToR M.D.)
(3) corr. medicAL SERVICES
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**I. PREVIOUS LAWSUITS** (NO)

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: (NONE)

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed Medical GRievance ON 10-11-05

2. What was the result? denied on 10/27/05 Refused THE plaintiff To see An EAR specialist.

D. If your answer to "B" is No, explain why not: ______

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Rick KEARNEY

Employed as WARDEN at S.C.I STATE prison.

Mailing address with zip code: S.C.I. prison P.O. Box 500 GeorgeTown DE. 19947

(2) Name of second defendant: RoBeRTA BURNS

Employed as M. D. DocTOR at S.C.I STATE prison

Mailing address with zip code: P.O. Box 500 GeorgeTown DE. 19947

(3) Name of third defendant: CorrECTioNAL MedicAL SERVICES

Employed as Hired contract medical at S.C.I STATE prison

Mailing address with zip code: P.O. Box 500 GeorgeTown DE. 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. RICK KEARNEY (WARDEN) IS FULLY AWARE OF THE PLAINTIFF MEDICAL CONDITION (RE: GRIEVANCE Filed) And HAS Done NOTHING TO GET THE PLAINTIFF TO SEE AN EAR SPECIALIST.

2. (DOCTOR) ROBERTA BURNS, HAS SEEN THE PLAINTIFF NUMEROUS TIMES, And HAS FAIL And OR denied THE PLAINTIFF OUTSIDE TREATMENT And TO SEE AN EAR DOCTOR. Inorder TO RECEIVE PROPER TREATMENT WITH PLAINTIFF ON GOING MEDICAL PROBLEM.

3. (CORR. MEDICAL SERVICES) HAS FAILED TO SEE TO IT THAT THE PLAINTIFF HAS PROPER TREATMENT And OR REFUSE THE PLAINTIFF TREATMENT WITH THIS ON GOING PROBLEM. PLAINTIFF HAS HAD TROUBLE FOR 2½ YEARS And (CORR. MEDICAL SERVICES) REFUSE TO ACKNOWLEDGE THE SERIOUSNESS OF THIS ON GOING-Problem.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. A. THE PLAINTIFF IS SEEKING BETTER TREATMENT And WOULD LIKE TO SEE AN EAR SPECIALIST.

B. THE PLAINTIFF IS ALSO SEEKING DAMAGES AS FOR MEDICAL NEGLECT, IN THE AMOUNT OF $250,000 THOUSAND DOLLARS (ALSO) TO BE REIMBURSED THE $250.00 DOLLARS Filing Fee THAT THE PLAINTIFF HAD TO PAY OUT TO FILE THIS COMPLAINT.

2. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

3. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of OCTOBER, 2005.

Stanley Robertson
(Signature of Plaintiff 1)

______________________________
(Signature of Plaintiff 2)

______________________________
(Signature of Plaintiff 3)



I/M: Stanley Roberts BLDG. MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
U.S. POSTAGE
$01.060
NOV 07 05
FROM ZIP CODE
19947
LeGAL MAiL
Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilm, DE. 19801
LeGAL MAiL
Postage Due .23
LEGAL MAIL

