IN THE UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF DELAWARE

STANLEY D. ROBERTSON
            PlAinTiff,

      VS.

1. Rick KEARNEY (wARDen ET. All,)

2. RoberTA Burns (Doctor M.D.)

3. C.M.S. corr. medical services

      (DEFENDANTS)

| CIVIL — ACTION PRISONER
| CompLainT 1983 FORM
| CONTINUED.    0 5   7 6 9
|
| MEDICAL — NEGLECT



RECEIVED
NOV − 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PlAinTiFF OPENING BRIEF, FACTS, CONTINUED.

NOW comes THE ABOVE PLAinTiFF wiTH THE Following
COmpLAinT AgainsT THE ABOVE DeFendants THAT ARE NAmed
WiTHIn THis civil — ACTion LAw suiT, ON OR About 12/15/03
THE pLAinTiFF Became ill wiTH A SeRious EAR InFecTion,
AFTeR THE pLAinTiFF summiTed A Sick — CAll In order To
see The DocToR. ONCE AT medicAL THE DOCTOR (RoberTA
Burns) Discovered The plAinTiFF NOT only HAd An EAR
ACH• BUT Discovered THE pLAinTiFF HAS A HolE IN
THE EAR — DRUM And Then pLAce The pLAinTiFF ON
SeveRAL med's SUCH AS Neomy/PolymX HC SOLN
EAR — DROps And AnTibioTics And ciproFloxAcin (For CiPRO)
500-mG. TAB. ALso BeneDryl plus I-BuProFen FOR pAin
200-mG. (BUT) NONE OF These med's HAS NOT CUREd
THE PLAinTiFF problem, And THE EAR — InFecTion remAins.

. THE PLAINTIFF HAS REQUESTED MANY Times TO Be seen BY An EAR DOCTOR BUT THIS REQUEST HAS Been Denied Repeatedly. And so THE plaintiff NOT oNly suffers with PAin (BUT) Now HAs LosT HIS HEARING In THE LEFT EAR. IF THE NAmed Defendants would oF seeked OUT ProfessionaL, HelP And PROPER TreATmenT FOR THE plaintiff on Going Condition An EAR—SPECIALIST MIGHT oF prevented THE LOss oF HeARing In The plAintiFF LeFT eAR. Also THE plaintiff HAs suffered with An EAR— ACH FOR mAny yeARs And with PROpER TreATmenT iT is eAsily cured. MedicAL IS FullY AwARe OF THis THE plAinTiFF HAs BroughT THis To The AtTenTion oF THE prison medicAL—uniT And HAs Informed DR. Burns oF The plaintiFF on Going problem. (BUT) ReFused THE plAintiFF AnY oTHeR TreATment Then WHAT HAs Been pRovided By prison medicAL uniT, And DR. Burns. THE plainTiff Believes THAT more cAn Be Done TO CURe This on Going problem. FOR THE pAsT $2\frac{1}{2}$ yeARs wHile THE PLAinTiFF HAs Been IncARrcerATed He HAs Been

PAGE 2

· Dealing with This on going problem Because THE prison, (THE Defendants) will Not see to it THAT The plaintiff Gets THE proper Treatment, Now comes THE plaintiff To This HonoRABLE COURT THE plaintiff Is seeking THE courts Help In Getting proper Treatment And The plaintiff Is Also seeking some Form of compensation due To medical Neglect And unnecessary pain And suffering. For THE past 2½ years THE plaintiff HAS suffered Needlessly with constant pain, sleepless Nights, THE plaintiff HAS Been seen By Medical A Number of times BoTH By staff Nurses, And DocToR BURNS (But) All THAT was Done HAS FAiled Any Treatment Any perceptions Are Done In vain, And The plaintiff suffers with An on going EAR-Infection still Today. THE plaintiff Feels And Believes THAT THE prison medical-unit And DocToR Burns Is Not Taking This matter Serious And THErefore THe plaintiff Is seeking THE courts Help, THE plaintiff would Also Find it Fitting To File This complaint Under THE 8 Th Amendment Right AS For CRUel And UNSUAL punishment Inflicted upon An Inmate such AS Medical Neglect. THE plaintiff HAS Filed An Inmate-GRievance on 10-11-05 THE plaintiff was Told THE prison will Not REFER THE

PAGE 3

. PLAINTIFF TO ANY OTHER DOCTOR AND THE Grievance WAS Denied. And SO THE PLAINTIFF would NOT sign-OFF on His medical complaint And Filed An APPEAL OF There decision on 10-27-05 And THE PLAINTIFFS EAR problem Is only Getting worse, by This THE PLAINTIFF suffers DAILY NOT only Dealing WITH PAIN, But HAVing To DeAL WITH FLUIDS DrAining From His EAR continuosly. THE FACT STill ReMAINS THERE IS A Form OF medical Neglect Going on Here due To THE FACT THE EAR-Infection WAS Acknowledged BY THE Medical-Unit And DOCTOR BURNS HAS Also seen And confirmed This problem. THE prison And medical Refused THE PLAINTIFF To Be seen by An eAR-SPECiALIST And SO THE PLAINTIFF continues To suffer Needlessly For The PAST $2\frac{1}{2}$ years And THIS IS ReAson Eoungh To Get This HONORABLE court INVolved. THE PLAINTIFF HAS No oTher Recourse FoR InHoure Remdys HAVe NOT worked NOR HAS Any oF The PLAINTIFF complaints Been GranTed. THE PlAINTIFF IS In Need OF seeing An EAR-SPECiALIST FOR prolonged MedicAL-NeGLecT HAS cAused significAnT DAMAge To The PLAINTIFF LeFT EAR And IS NOW DEAF.

CONCLUSION

THE PlAinTiFF would ASK THIS HONORABLE COURT
TO STEP-IN And NOT only Run An InvesTigATion
BUT Also GRANT THE Following Below.

1. THE PLAinTiFF would like To see An EAR-
SPECiAliST. In Hopes oF HAVing The DAMAge
THAT WAS Done by EAR - In FecTion And To see
IF THE DEAFNess chn Be Revised    From Prolonged
MedicAL - NEGLecT, And OR InproPeR TreATmenT.

2. THE PLAINTiFF IS Also seeking DAMAges In THE
AMOUNT OF $ 250,000.00 THOUSAnd DOLLARS. On The
Grounds oF MedicAL - NEGLECT, MedicAL disTress As
FOR DAily pAin And sufFeRing, Also FOR THE LOSS OF
HeARing In THE PLAinTiFF LEFT EAR.

3. THE PLAinTiFF IS Also seeking All AnD Any
                              sum oF
COURT COST And THE $250.00 DoLLARS Filing Fee
THE PLAinTiFF HAd To pAy To File THIS complAinT.
And Any oTher compensATion THIS HONORABLE COURT
DEEMS    NecessARY And OR FiTTing.

. THE PLAINTIFF ASK THAT THIS HONORABLE COURT GRANTS THIS COMPLAINT AND ACCEPT THIS PETITION AND THEREIN GRANT SOME FORM OF COMPENSATION FOR THE PLAINTIFF.

THANK YOU

RESPECTFULY SUBMITED

X _Stanley Robertson_

SBI 184288
I/M STANLEY D. ROBERTSON
SBI 184288
P.O. BOX 500
SCI PRISON
GEORGETOWN DE. 19947
DATE: 10/28/05

CC: WARDEN,
    MEDICAL UNIT,
    DOCTOR BURNS,
    PLAINTIFF,

PAGE 6

1

**FORM #585**
**MEDICAL GRIEVANCE**

Inmate Name and #: _Stanley Robertson_     Case Number: _18504_
184288

**MEDICAL GRIEVANCE COMMITTEE (MGC) RECOMMEDATION**

RESPONSE BY M.G.C.:

_Dr. Burns visit on 10/17/05._
_Medication ordered._

X _hearing_
X _discomfort_                    _s. Rickards HSA_
                                  _McMillan PA_
                                  _Tammie Stock_

Medical Committee Member: _____

Medical Committee Member: _____

Medical Committee Member: _____

Medical Committee Member: _____

Date: _10/27/05_          Grievant Signature: X _Stanley Robertson_

Does Grievant Accept MGC Decision ?     YES _____     NO _X_