IN THE UNITED STATES DISTRICT COURT    OF THE STATE OF DELAWARE

IN AND FOR    NEW CASTLE    COUNTY

STANLEY D. ROBERTSON,    *

     Plaintiff,      *

       V.      *     CIV. No. 05-769-SLR

WARDEN RICK KEARNEY    *

DR. ROBERTA BURNS, and    *

CORRECTIONAL MEDICAL SERVICE,    *

     Defendants.    *

FILED

DEC 13 2005

MOTION FOR    DISMISSAL WITHOUT PREJUDICE (RULE 4) M

COMES NOW, the Movant, STANLEY D. ROBERTSON , pro se, who moves this Honorable Court to grant this motion. In support, the following facts are asserted:

(1) Movant is an pro se Litigant and Lacks the experience to file motions to the Court that are prevalent to substantiate claims asserted against defendants.

(2) Movant's Civil Action filed is complex and contains polemics that hinder plaintiff from acquiring pertinent medical files and information. Department of Correction's policy and procedures prevent movant as an pro se Litigant and Resident of an penal facility from permission and/or authorization to review medical files pertaining to C.A. No. 05-769-SLR.

(3) Movant respectfully moves this Honorable Court to avast any more civil proceedings in the matter of Robertson v. Kearney, et.al. and to do so without prejudice Rule 4 (M) Federal Civil Procedures.

(4) Movant respects this Honorable Court and its offical job capacity and realizes C.A. No. 05-769-SLR would be frivolous without an proper defense to prove medical malpractice claims, as pro se.

I/M: Stanley Robertson BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 SBI # 184288
GEORGETOWN, DELAWARE 19947

Island f

1975 U.S. POSTAGE  PB 2230370
$00.370  DEC 12 05
794R         19947
08339  FROM ZIP CODE

Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilm., DE.
        19801-3570

U.S.M.S.
X-RAY

19801+3519 12