IN THE <u>UNITED STATES DISTRICT COURT</u> OF THE STATE OF DELAWARE

IN AND FOR <u>NEW CASTLE</u> COUNTY

STANLEY D. ROBERTSON,
Plaintiff,

v.

WARDEN RICK KEARNEY
DR. ROBERTA BURNS, and
CORRECTIONAL MEDICAL SERVICE,
Defendants.

Civ. No. 05-769-SLR

FILED DEC 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED DEC 13 2005

MOTION FOR <u>DISMISSAL WITHOUT PREJUDICE (RULE 4) M</u>

COMES NOW, the Movant, <u>STANLEY D. ROBERTSON</u>, pro se, who cannot moves this Honorable Court to grant this motion. In support, the following facts are asserted:

(1) Movant is an pro se litigant and lacks the experience to file motions to the Court that are prevalent to substantiate claims asserted against defendants.

(2) Movant's Civil Action filed is complex and contains polemics that hinder plaintiff from acquiring pertinent medical files and information. Department of Correction's policy and procedures prevent movant as an pro se litigant and resident of an penal facility from permission and/or authorization to review medical files pertaining to C.A. No. 05-769-SLR.

(3) Movant respectfully moves this Honorable Court to avast any more civil proceedings in the matter of Robertson v. Kearney, et. al. and to do so without prejudice Rule 4(M) Federal Civil Procedures.

(4) Movant respects this Honorable Court and its official job capacity and realizes C.A. No. 05-769-SLR would be frivolous without an proper defense to prove medical malpractice claims, as pro se.

Stanley Robertson Pro'se



I/M: Stanley Robertson BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  SBI # 184288
GEORGETOWN, DELAWARE  19947

ATT: Peter T. Dalleo
Office of the Clerk, United States
District Court, 844 N. King St.
Lock Box 18
Wilm., DE. 19801-3570