OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 19, 2005

TO: Stanley D. Robertson
SBI# 184288
SCI
P.O. Box 500
Gerogetown, DE 19947

**RE:** Return of Document for Original Signature; 05-769(SLR)

Dear Mr. Robertson:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be have an original signature.**

Your corrected filing should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

PETER T. DALLEO
CLERK

/bad

cc: The Honorable Sue L. Robinson