IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| STANLEY D. ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-769-SLR |
| | ) | |
| WARDEN RICK KEARNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff, Stanley D. Robertson ("Robertson"), a prisoner incarcerated at the Sussex Correctional Institute, Georgetown, Delaware, filed a complaint on November 8, 2005 pursuant to 42 U.S.C. § 1983;

WHEREAS, on November 18, 2005, the Court granted Robertson leave to proceed in forma pauperis, assessed an initial partial filing fee, and ordered him to file an authorization form (D.I. 4);

WHEREAS, to date, Robertson has not filed the authorization form;

WHEREAS, on December 13, 2005 Robertson filed a motion for dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m), which the Court construes as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) (D.I. 5);

WHEREAS, the Court GRANTS the motion to voluntarily dismiss;

THEREFORE, at Wilmington this 4th day of January, 2006, 2005, IT IS ORDERED that the complaint is DISMISSED WITHOUT

PREJUDICE pursuant to Fed. R. Civ. P. 41(a) and for failure to provide the authorization form as ordered by the Court. Plaintiff Stanley D. Robertson is not required to pay the balance of the filing fee owed.

_____
United States District Judge